No. 09-10325. Torrey Evans, Petitioner v. United States.

560 U.S. 933, 130 S. Ct. 3342, 176 L. Ed. 2d 1236, 2010 U.S. LEXIS 4371.

May 24, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

No. 09-10326. Jacob Benjamin Estey, Petitioner v. United States.

560 U.S. 933, 130 S. Ct. 3342, 176 L. Ed. 2d 1236, 2010 U.S. LEXIS 4337.

May 24, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 595 F.3d 836.

No. 09-10330. Samuel Manning, Petitioner v. United States.

560 U.S. 933, 130 S. Ct. 3342, 176 L. Ed. 2d 1236, 2010 U.S. LEXIS 4324.

May 24, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

No. 09-10331. Jorge J. Solano-Moreta, Petitioner v. United States.

560 U.S. 933, 130 S. Ct. 3342, 176 L. Ed. 2d 1236, 2010 U.S. LEXIS 4336.

May 24, 2010. Petition for writ of certiorari to the United States Court of Appeals for the First Circuit denied.

No. 09-10333. Wilberto Ramos-Morales, Petitioner v. United States.

560 U.S. 933, 130 S. Ct. 3343, 176 L. Ed. 2d 1236, 2010 U.S. LEXIS 4270.

May 24, 2010. Petition for writ of certiorari to the United States Court of Appeals for the First Circuit denied.

No. 09-10339. James E. Rollins, Sr., Petitioner v. United States.

560 U.S. 933, 130 S. Ct. 3343, 176 L. Ed. 2d 1236, 2010 U.S. LEXIS 4186.

May 24, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

No. 09-10341. Michael Carl Vassar, Petitioner v. United States.

560 U.S. 934, 130 S. Ct. 3343, 176 L. Ed. 2d 1236, 2010 U.S. LEXIS 4314.

May 24, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 346 Fed. Appx. 17.